Ferguson v M-Dolla Auto Collision Corp. (2021 NY Slip Op 50559(U))

[*1]

Ferguson v M-Dolla Auto Collision Corp.

2021 NY Slip Op 50559(U) [71 Misc 3d 141(A)]

Decided on June 17, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on June 17, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: McShan, J.P., Brigantti, Hagler, JJ.

570027/21

Uton Ferguson, Plaintiff-Appellant,
against
M-Dolla Auto Collision Corp.,
Defendant-Respondent.

Plaintiff, as limited by his brief, appeals from so much of the judgment of the Small Claims
Part of the Civil Court of the City of New York, Bronx County (Marian C. Doherty, J.), entered
on or about September 24, 2019, after trial, as limited his recovery to the principal sum of
$34.57.

Per Curiam.
Judgment (Marian C. Doherty, J.), entered on or about September 24, 2019 affirmed, without
costs.
The amount of the damage award ($34.57) issued in plaintiff's favor upon the trial of this
Small Claims action achieved "substantial justice" (CCA 1804, 1807) and was neither inadequate
nor unreasonable. Plaintiff did not establish his entitlement to any additional damages for the
defective automobile repairs beyond the sum awarded, which was based upon findings contained
in the Department of Motor Vehicles Investigation Report. Plaintiff submitted only one itemized
estimate showing a higher cost to repair, when two are required by CCA 1804, and this estimate
was, in any event, too remote in time from the incident to be of any probative value (see Wyche v VFC Indus., Ltd., 65 Misc
3d 149[A], 2019 NY Slip Op 51833[U] [App Term, 1st Dept 2019]).
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.
I concur I concur I concur
Decision Date: June 17, 2021